UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE MUGAVERO,

                Plaintiff,

-against-

ARMS ACRES, INC. and FREDERICK HESSE, M.D.,

                Defendants.

**ORDER**

03 Civ. 05724 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that:

    (1)    Trial will commence on June 22, 2009;

    (2)    Plaintiff shall submit cross-designations for Lipton's deposition testimony on or before May 18, 2009;

    (3)    In their submissions concerning motions in limine, the parties are directed to address: (a) the proposed time limits discussed at the pre-trial conference; and (b) whether Plaintiff's prima facie tort claim is barred by the statute of limitations; and

    (4)    All parties must preserve any notes or other records or documents relating to the medical charts (or patients to whom the charts pertain) that Plaintiff listed as exhibits in the Joint Pre-Trial order.

Dated: New York, New York
       May 11, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge