```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE MUGAVERO,

                Plaintiff,

-against-

ARMS ACRES, INC. and FREDERICK
HESSE, M.D.,

                Defendants.

**ORDER**

03 Civ. 05724 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the trial date in this action is adjourned from June 22, 2009 to July 7, 2009. There will be no further adjournments of the trial date.

Dated: New York, New York
       May 26, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge