UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESLIE MUGAVERO,

          Plaintiff,

    -against-

ARMS ACRES, INC. and FREDERICK HESSE, M.D.,
          Defendants.
------------------------------------------------------------X

03 CIVIL 5724 (PGG)

**JUDGMENT**

# 09/1906

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/09

    A Jury Trial before the Honorable Paul A. Gardephe, United States District Judge, having begun on July 8, 2009, and at the conclusion of the trial, on July 24, 2009, the jury having rendered a verdict in favor of the plaintiff in the total amount of $1,114,183.00, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $1,114,183.00 as against the defendants.

**DATED:** New York, New York
        October 2, 2009

So Ordered:

_____
U.S.D.J.

J. MICHAEL McMAHON

_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# Extract of Minutes

**United States District Court**
**Southern District of New York**

---------------------------------------------------------- x

Leslie Mvgavero

              V.

Arms Acres, Inc. + Frederick Hesse, M.D.

---------------------------------------------------------- x

( full title of case required, use other side if necessary)

**Docket #:** 03cv5724 (PGS)

**Judge:** Gazeple

**Appearences :** ( PLEASE INCLUDE FIRM NAME & TELEPHONE NUMBER)

**Plaintiff:** Paula Johnson Kelly, 56 Harrison Street, New Rochelle, NY 10801
(914) 632-8382

**Defendant:** Scott Baken, Jackson Lewis, One North Broadway, White Plains, NY 10601
(914) 328-0404

**TRIAL: (JURY) (NON-JURY) BEGUN:** 7/8/09 (DATE)

Compensatory - $75,000
Compensatory - $75,000
Emotional Distress - $100,000
Lost Wages - $468,183
Fringe Benefits - $46,000
Punitive Damages - $350,000

**CLERK:** Michael P. Rucco

**COURT REPORTER:** Sonya Huggins

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE MUGAVERO,

        Plaintiff,

-against-

ARMS ACRES, INC. and FREDERICK HESSE, M.D.,

        Defendants.

**VERDICT SHEET**

03-cv-5724 (PGG)

The jury hereby unanimously makes the following findings:

## LIABILITY

### Arms Acres

1. Has Plaintiff Leslie Mugavero proven a retaliation claim against Arms Acres with respect to any alleged adverse action listed below?

| | |
|---|---|
| 1a. April 2002 Removal of On-Call Duties | YES ✓ NO ____ |
| 1b. First Written Warning in 2002 | YES ✓ NO ____ |
| 1c. Second Written Warning in 2002 | YES ✓ NO ____ |
| 1d. Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence | YES ✓ NO ____ |
| 1e. October 1, 2002 Placement on Administrative Leave With Pay | YES ✓ NO ____ |
| 1f. October 25, 2002 Termination of Plaintiff's Employment | YES ✓ NO ____ |

If you answered "YES" to any part of Question 1, answer the corresponding part of Question 2 below. (For example, answer Question 2a if, and only if, you answered "YES" to Question 1a.) If you answered "NO" to Questions 1a through 1f, proceed to Question 3.

2. Has Arms Acres proven its affirmative defense to any of Plaintiff Mugavero's retaliation claims?

| | |
|---|---|
| 2a. April 2002 Removal of On-Call Duties | YES ✓  NO _____ |
| 2b. First Written Warning in 2002 | YES ✓  NO _____ |
| 2c. Second Written Warning in 2002 | YES ✓  NO _____ |
| 2d. Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence | YES _____  NO ✓ |
| 2e. October 1, 2002 Placement on Administrative Leave With Pay | YES _____  NO ✓ |
| 2f. October 25, 2002 Termination of Plaintiff's Employment | YES _____  NO ✓ |

### Dr. Hesse

3. Has Plaintiff Leslie Mugavero proven a retaliation claim against Dr. Hesse under a <u>direct liability</u> theory with respect to any alleged adverse action listed below?

| | | |
|---|---|---|
| 3a. April 2002 Removal of On-Call Duties | YES ✓ | NO ____ |
| 3b. First Written Warning in 2002 | YES ✓ | NO ____ |
| 3c. Second Written Warning in 2002 | YES ✓ | NO ____ |
| 3d. Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence | YES ✓ | NO ____ |

If you answered "YES" to any part of Question 3, answer the corresponding part of Question 4 below. (For example, answer Question 3a if you answered "YES" to Question 4a.) If you answered "NO" to Questions 3a through 3d, proceed to Question 5.

4. Has Dr. Hesse proven his affirmative defense to any of Plaintiff Mugavero's retaliation claims?

| | | |
|---|---|---|
| 4a. April 2002 Removal of On-Call Duties | YES ____ | NO ✓ |
| 4b. First Written Warning in 2002 | YES ____ | NO ✓ |
| 4c. Second Written Warning in 2002 | YES ____ | NO ✓ |
| 4d. Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence | YES ____ | NO ✓ |

Answer Questions 5a-5d only if you answered "YES" to the corresponding part of Question 1, "NO" to the corresponding part of Question 2, and "NO" to the corresponding part of Question 3. (For example, answer Question 5a only if you answered "YES" to Question 1a, "NO" to Question 2a, and "NO" to Question 3a.) Answer Questions 5e and 5f only if you answered "YES" to the corresponding part of Question 1 and "NO" to the corresponding part of Question 2.

5. Has Plaintiff Leslie Mugavero proven that Dr. Hesse <u>aided and abetted</u> retaliation against her with respect to any alleged adverse action listed below?

| | |
|---|---|
| 5a. April 2002 Removal of On-Call Duties | YES _____ NO _____ |
| 5b. First Written Warning in 2002 | YES _____ NO _____ |
| 5c. Second Written Warning in 2002 | YES _____ NO _____ |
| 5d. Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence | YES _____ NO _____ |
| 5e. October 1, 2002 Placement on Administrative Leave With Pay | YES ✓ NO _____ |
| 5f. October 25, 2002 Termination of Plaintiff's Employment | YES ✓ NO _____ |

## DAMAGES

If you answered "YES" to any part of Question 1 and answered "NO" to the corresponding part of Question 2, or if you answered "YES" to any part of Question 3 and answered "NO" to the corresponding part of Question 4, answer the corresponding part of Question 6. (For example, answer Question 6a only if you answered "YES" to Question 1a and answered "NO" to Question 2a, or if you answered "YES" to Question 3a and answered "NO" to Question 4a.)

6. Has Plaintiff Leslie Mugavero proven that she suffered actual compensatory damages with respect to any of the following claims?

    6a.    April 2002 Removal of On-Call Duties    YES \_\_\_\_    NO ✓

If "YES" to Question 6a, state the amount that should be awarded as compensatory damages for that claim.

Emotional Distress: $ _____

Economic Damages: $ _____

    6b.    First Written Warning in 2002    YES \_\_\_\_    NO ✓

If "YES" to Question 6b, state the amount that should be awarded as compensatory damages for that claim.

Emotional Distress: $ _____

    6c.    Second Written Warning in 2002    YES \_\_\_\_    NO ✓

If "YES" to Question 6c, state the amount that should be awarded as compensatory damages for that claim.

Emotional Distress: $ _____

    6d.    Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence    YES ✓    NO \_\_\_\_

If "YES" to Question 6d, state the amount that should be awarded as compensatory damages for that claim.

Emotional Distress: $ *75,000*

6e. October 1, 2002 Placement on
Administrative Leave With Pay          YES ✓   NO ____

If "YES" to Question 6e, state the amount that should be awarded as compensatory damages for that claim.

Emotional Distress: $ 75,000

6f. October 25, 2002 Termination of
Plaintiff's Employment                 YES ✓   NO ____

i. If "YES" to Question 6f, state the amount that should be awarded as compensatory damages for that claim.

Emotional Distress: $ 100,000

Lost Wages: $ 468,183

Fringe Benefits: $ 46,000

If you awarded lost wages and/or fringe benefits in (i) above, continue to (ii) below. Otherwise, proceed to Question 7.

ii. In awarding lost wages and/or fringe benefits, did you find that Arms Acres has proven its after-acquired evidence defense?

YES ____   NO ✓

If "YES," proceed to (iii) below.

iii. After what date did you find that Plaintiff was not entitled to lost wages or fringe benefits? (Mark the date that is applicable.)

April 15, 2004     ____

August 14, 2004    ____

If you answered "YES" to any of Question 1a-1d, answered "NO" to the corresponding part of Questions 2a-2d, and answered "YES" to the corresponding part of Questions 6a-6d, then you should answer the corresponding part of Question 7. (For example, answer Question 7a only if you answered "YES" to Question 1a, "NO" to Question 2a, and "YES" to Question 6a.)

7. Should punitive damages be awarded against Arms Acres?

    7a.    April 2002 Removal of On-Call Duties    YES \_\_\_\_    NO ✓

If "YES" to Question 7a, state the amount that should be awarded as punitive damages for that claim.

$ _____

    7b.    First Written Warning in 2002    YES \_\_\_\_    NO ✓

If "YES" to Question 7b, state the amount that should be awarded as punitive damages for that claim.

$ _____

    7c.    Second Written Warning in 2002    YES \_\_\_\_    NO ✓

If "YES" to Question 7c, state the amount that should be awarded as punitive damages for that claim.

$ _____

    7d.    Request that Office of Professional Discipline Investigate Plaintiff's Professional Competence    YES ✓    NO \_\_\_\_

If "YES" to Question 7d, state the amount that should be awarded as punitive damages for that claim.

$ 350,000.00

**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

Dated: 7/24/2009                    _[signature]_
                                                    Signature of Foreperson